LAMPTON ET AL. *v.* BONIN ET AL.

No. 1112, Misc.   Decided April 27, 1970

*Jeffrey B. Schwartz* and *Richard S. Buckley* for appellants.

*Jack P. F. Gremillion,* Attorney General of Louisiana, and *William P. Schuler* and *Dorothy D. Wolbrette,* Assistant Attorneys General, for appellees.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* is granted and the judgment of the United States District Court is vacated.   The case is remanded to that court for further consideration in light of *Rosado* v. *Wyman, ante,* p. 397.

THE CHIEF JUSTICE and MR. JUSTICE BLACK dissent for the reasons set forth in MR. JUSTICE BLACK's dissenting opinion in *Rosado* v. *Wyman, ante,* p. 430.